```
NOTC
SIGAL CHATTAH, ESQ.
Nevada State Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Attorney for Plaintiffs
Shawn Meehan Et Al
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

SHAWN MEEHAN, an individual, JANINE HANSEN, and individual, LYNN CHAPMAN, an individual, MELISSA CLEMENT, an individual,

      Plaintiffs,

   vs.

STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, BRENDA ERDOES, in her official capacity as Head of Legislative Counsel Bureau, NICOLE CANNIZZARO, in her official capacity as Chair of the Legislative Commission, DOES 1 through 100.

      Defendants.

**Case No:**
**3:21-cv-00100-MMD-WGC**

**NOTICE OF APPEAL**

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs SHAWN MEEHAN *ET AL* in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from MINUTE ORDER [ECF NO. 8] dated February 5, 2021 denying expedited briefing schedule and

-1-

and expedited hearing for Plaintiff's Motion for Preliminary Injunction.

DATED this 1st day of March, 2021.

**CHATTAH LAW GROUP**

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that service of the foregoing was served on the 1st day of March, 2021 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ S. Chattah
An Employee of Chattah Law Group