## AFFIDAVIT OF SERVICE

| Case:<br>2:21-CV-00260-JAD-EJY | Court:<br>UNITED STATES DISTRICT COURT | County:<br>DISTRICT OF NEVADA | Job:<br>5451464 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SHAWN MEEHAN; JANINE HANSEN; LYNN CHAPMAN; MELISSA CLEMENT | | Defendant / Respondent:<br>STEPHEN F. SISOLAK; AARON DARNELL FORD; BRENDA ERDOES; NICOLE CANNIZZARO | |
| Received by:<br>Battle Born Process Service, License #1876 | | For:<br>CHATTAH LAW GROUP | |
| To be served upon:<br>BRENDA ERDOES, IN HER OFFICIAL CAPACITY AS HEAD OF LEGISLATIVE COUNSEL BUREAU | | | |

I, Tonya Malone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BRENDA ERDOES, IN HER OFFICIAL CAPACITY AS HEAD OF LEGISLATIVE COUNSEL BUREAU, C/O NEVADA ATTORNEY GENERAL: 100 N CARSON ST, CARSON CITY, NV 89701

**Manner of Service:** Authorized - an agent lawfully designated to accept service of process
KAREN RUTLEDGE, LEGAL ASSISTANT, Mar 16, 2021, 12:20 pm PDT

**Documents:** SUMMONS, CIVIL RIGHTS COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF; JURY TRIAL DEMANDED, PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

**Additional Comments:**
ONLY ACCEPTED DOCUMENTS AS COURTESY COPY AND NOT A SERVE PER NEVADA STATUTES. WAS ADVISED THAT WE WILL NEED TO SERVE THE INDIVIDUAL AS WELL. KAREN RUTLEDGE ADVISED THAT IF THERE ARE ANY QUESTIONS REGARDING THE STATUTE TO CALL THE ATTORNEY GENERAL'S OFFICE AND ASK FOR HER.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____        March 16th, 2021

Tonya Malone                                    **Date**
#R-100246

Battle Born Process Service, License #1876
3710 Grant Drive Suite L
Reno, NV 89509
(775) 507-7188