**NOTC**
SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89101
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN MEEHAN, an individual, JANINE HANSEN, and individual, LYNN CHAPMAN, an individual, MELISSA CLEMENT, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, BRENDA ERDOES, in her official capacity as Head of Legislative Counsel Bureau, NICOLE CANNIZZARO, in her official capacity as Chair of the Legislative Commission, DOES 1 through 100.<br><br>          Defendants. | **Case No: 2:21-cv-260-MMD-WGC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## **NOTICE OF VOLUNTARY DISMISSAL**

COME NOW, Plaintiffs' SHAWN MEEHAN *Et Al,* and in accordance with Fed. R. Civ. Pro. 41(a)(1)(A)(i), voluntarily dismiss, without prejudice, the action *sub judice* against Executive Defendants STEPHEN F. SISOLAK and AARON DARNELL FORD only.

///

This matter shall proceed by Plaintiffs against Defendants BRENDA ERDOES and NICOLE CANNIZZARO in ordinary course.

Dated this 23rd day of March, 2021.

Respectfully submitted:

CHATTAH LAW GROUP

*/S/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Bl., Ste. 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day March, 2021, I served a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to all registered parties via E-service on the CM/ECF registry.

*/s/ SIGAL CHATTAH*
CHATTAH LAW GROUP