UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN MEEHAN; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> STEVEN SISOLAK; et al., <br><br> Defendants - Appellees. | No. 21-15357 <br><br> D.C. No. 3:21-cv-00100-MMD-WGC <br> U.S. District Court for Nevada, Reno <br><br> **MANDATE** |

The judgment of this Court, entered March 10, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7