UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN MEEHAN, *et al.*,<br><br>Plaintiffs – Appellants,<br>v.<br>BRENDA ERDOES, *et al.*,<br><br>Defendants – Appellees. | Case No. 3:21-cv-00100-MMD-WGC<br>Ninth Circuit Court of Appeals No. 21-15357<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on March 10, 2021, issued its judgment dismissing the appeal for lack of jurisdiction (ECF No. 15), and on April 1, 2021, issued its mandate thereon (ECF No. 26), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 2nd Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE