AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHAWN MEEHAN, et al.,

        Plaintiff,

v.

BRENDA ERDOES, *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:21-cv-00100-MMD-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Legislative Defendants' motion to dismiss (ECF No. 34) is granted as specified herein. This case is dismissed in its entirety.

Date: 11/12/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk